## Morris Goldstein, Defendant in Error, v. Israel Muller, Plaintiff in Error.

### Gen. No. 18,313.

APPEALS AND ERRORS—*motion to dismiss.* A motion to dismiss a writ of error, sued out more than thirty days after the judgment, will be granted.

Error to the Municipal Court of Chicago; the Hon. RUFUS F. ROB-INSON, Judge, presiding. Heard in this court at the March term, 1912. Writ of error dismissed. Opinion filed December 9, 1912.

BLUM & BLUM, for plaintiff in error.

KAPLAN & KAPLAN, for defendant in error.

PER CURIAM. June 24, 1912, we reserved until the hearing a motion made by the defendant in error to dismiss the writ of error in this cause because sued out more than thirty days after the judgment. We have now taken the cause into consideration and determined that we must grant the motion, for the reasons set forth in the opinion in Novelty Tufting Machinery Company v. The Peters & Roberts Furniture Company, 170 Ill. App. 134. The writ of error is therefore dismissed.

*Writ of error dismissed.*